180 So. 119

### D. K. STUCKEY v. STATE.

### 6 Div. 298.

Supreme Court of Alabama.

March 31, 1938.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

K. C. Edwards, of Birmingham, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Stuckey v. State, 180 So. 116.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

180 So. 123

### H. J. MITCHELL v. STATE.

### 3 Div. 255.

Supreme Court of Alabama.

March 31, 1938.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

T. E. Martin and Hill, Hill, Whiting & Rives, all of Montgomery, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Mitchell v. State, 180 So. 119.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

180 So. 123

### Jesse McGEE v. STATE.

### 7 Div. 504.

Supreme Court of Alabama.

March 31, 1938.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Motley & Motley, of Gadsden, opposed.

PER CURIAM.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of McGee v. State, 180 So. 123.

The writ is denied on authority of the decision on certiorari in Mastoras v. State, 180 So. 113, a companion case followed by the Court of Appeals in the instant case.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.